

# Missouri Court of Appeals
## Southern District

**MAY 12, 2016**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1.    SD33924    THOMAS DEWAYNE FREEMAN, Movant-Appellant
                        vs.
                        STATE OF MISSOURI, Respondent-Respondent